UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. |
| | : | |
| JANETTE FABER, | : | |
| | : | VIOLATION: 18 U.S.C. § 2314 |
| Defendant. | : | (Interstate Transportation of Stolen |
| | : | or Fraudulently Obtained Property) |

**I N F O R M A T I O N**

The United States Attorney charges**:**

**COUNT ONE**

At times material to this Information:

1. From November, 1991 through November, 2004, defendant JANETTE FABER (FABER) was employed as office assistant for Snyder Properties, Inc., (Snyder Properties), a real estate management company based in the District of Columbia. Defendant FABER'S duties included paying bills, reviewing bank statements and preparing internal accounting documents.

2. Snyder Properties maintained two accounts at Riggs Bank, N.A., Washington, D.C. The President of Snyder Properties had sole signature authority over the accounts.

3. From on or about January 8, 1999 continuing through October 21, 2004, defendant JANETTE FABER devised and participated in a continuing course of conduct through which she stole funds from Snyder Properties accounts at Riggs Bank, N.A. During this period, defendant FABER issued approximately $1,354,376.54 in checks from these accounts made payable to herself or her creditors. In issuing these checks, defendant FABER forged the signature of the President of Snyder Properties.

4. In order to conceal her activities, defendant FABER omitted material information from the accounting records of Snyder Properties. Defendant FABER also removed cancelled checks relating to her thefts from the monthly bank records sent to Snyder Properties and hid said checks in her office desk drawer.

### Interstate Transportation of Stolen or Fraudulently Obtained Property

5. On or about August 5, 2004, defendant JANETTE FABER did cause to be transported, transmitted and transferred in interstate commerce, from the District of Columbia to the State of New Jersey a security and money, to wit, check no. 4743 in the amount of $5,481.81, drawn on the fund account of Snyder Properties at Riggs Bank, N.A., made payable to American Express for payment of defendant FABER's personal account balance, knowing said check to have been stolen, converted and taken by fraud.

**(Interstate Transportation of Stolen or Fraudulently Obtained Property, in violation of 18 U.S.C. § 2314)**.

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JOHN D. GRIFFITH
Assistant United States Attorney
United States Attorneys Office
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

2