UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Criminal No. 05-437

JANETTE FABER

## WAIVER OF INDICTMENT

I, *Janette Faber*, the above named defendant, who is accused of:

INTERSTATE TRANSPORTATION OF STOLEN OR FRAUDULENTLY OBTAINED PROPERTY

being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **January 12, 2006** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Rosemary M. Collyer
United States District Judge

12 January 2006