UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
        v.                        : Criminal No. 05-437
                                  :
JANETTE FABER,                    :
                                  :
        Defendant.                :

FILED
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Janette Faber agrees and stipulates as follows:

1. From November, 1991 through November, 2004, JANETTE FABER was employed as office assistant for Snyder Properties, Inc., (Snyder Properties), a real estate management company based in the District of Columbia. FABER'S duties included paying bills, reviewing bank statements and preparing internal accounting documents.

2. Snyder Properties maintained two accounts at Riggs Bank, N.A., Washington, D.C. The President of Snyder Properties had sole signature authority over the accounts.

3. From on or about January 8, 1999 continuing through October 21, 2004, JANETTE FABER devised and participated in a continuing course of conduct through which she stole funds from Snyder Properties accounts at Riggs Bank, N.A. During this period, FABER issued approximately $1,354,376.54 in checks from these accounts made payable to herself or her creditors. In issuing these checks, FABER forged the signature of the President of Snyder Properties.

4. In order to conceal her activities, FABER omitted material information from the accounting records of Snyder Properties. FABER also removed cancelled checks relating to her thefts from the monthly bank records sent to Snyder Properties and hid said checks in her office

desk drawer.

5. On or about August 5, 2004, JANETTE FABER did cause to be transported, transmitted and transferred in interstate commerce, from the District of Columbia to the State of New Jersey a security and money, to wit, check no. 4743 in the amount of $5,481.81, drawn on the fund account of Snyder Properties at Riggs Bank, N.A., made payable to American Express for payment of FABER's personal account balance, knowing said check to have been stolen, converted and taken by fraud.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
JOHN D. GRIFFITH
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 11/17/05

Janette Faber
Defendant

2

I have discussed this Statement of Offense with my client, Ms. Faber. I concur with her decision to stipulate to this Statement of Offense.

Date: 11-18-05

Solomon L. Wisenberg, Esq.
Attorney for the Defendant