U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA  :

v.  :

:  Case No.  05-437 (RMC)

JANETTE FABER,  :

DEFENDANT.  :

**FILED**
JAN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __12TH__ day of __JANUARY, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by __SPECIAL AGENT PATRICK FALLON__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FEDERAL BUREAU OF INVESTIGATION__ __on 1/13/06__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SPECIAL AGENT PATRICK FALLON__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*Rosemary M Colly*
Judge (U.S. Magistrate)   ROSEMARY M. COLLYER

DEFENSE COUNSEL

DOJ USA-16-1-80