HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

**JUN 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Janette Mariana Faber

Docket No.: 05-437-01

TO: DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Janette Mariana Faber__ having been sentenced, on April 21, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FPC Alderson__, in __Alderson, WV__ by 2 p.m., on __June 28, 2006__.

__16 June 2006__
Date

__/s/ Rosemary M. Collyer__
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

__/s/ Debra Taylor__
ATTORNEY/U.S. PROBATION OFFICER

__/s/ Janette Faber__
DEFENDANT

Revised 6-2004