UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
SEP - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Janette Faber                                   Docket No.: CR-05-437-01

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office (Transfer Jurisdiction to the District of South Carolina)

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

    ☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

    ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____
_____
_____
_____

_____
Rosemary M. Collyer
United States District Judge

9/8/08
Date